Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY DICKERSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CLARK COUNTY, a political subdivision, and municipality including its department, CLARK COUNTY SCHOOL DISTRICT,<br><br>　　　　　Defendant. | CASE NO. 2:17-cv-00158-RFB-NJK<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE THEIR RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [LR 6-1; LR 6-2]<br><br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 6-1 and LR 6-2 that Plaintiff's opposition to Defendant Clark County School District's motion to dismiss filed on February 16, 2017, for which the opposition is currently due on March 2, 2017, will be continued to March 16, 2017.

　　　　Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given the other matters Plaintiff's counsel is involved in and the complexity of the

motion. No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's opposition.

| LAW OFFICES OF MICHAEL P. BALABAN | CLARK COUNTY SCHOOL DISTRICT OFFICE OF THE GENERAL COUNSEL |
|---|---|
| /s/ Michael P. Balaban, Esq. | /s/ Scott Greenberg, Esq. |
| Michael P. Balaban, Esq. | Scott Greenberg, Esq. |
| 10726 Del Rudini Street | 5100 West Sahara Avenue |
| Las Vegas, NV  89141 | Las Vegas, NV 89146 |
| Attorney for Plaintiff | Attorney for Defendant |
| Dated:  February 27, 2017 | Dated:  February 27, 2017 |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

Dated: February 27, 2017.