| | |
|---|---|
| 1 | CLARK COUNTY SCHOOL DISTRICT |
| | OFFICE OF THE GENERAL COUNSEL |
| 2 | S. SCOTT GREENBERG, ESQ. |
| | Nevada Bar No. 4622 |
| 3 | 5100 W. Sahara Ave. |
| | Las Vegas, Nevada 89146 |
| 4 | (702) 799-5373 |
| | Attorney for Defendant, |
| 5 | CLARK COUNTY SCHOOL DISTRICT |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIFFANY DICKERSON, | CASE NO. 2:17-cv-00158-RFB-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| CLARK COUNTY, a political subdivision, and municipality including its department, CLARK COUNTY SCHOOL DISTRICT, | |
| Defendant. | |

COMES NOW, Plaintiff and Defendant Clark County School District ("District"), by and through their attorneys of record, and hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, and each party to bear its own costs and attorney's fees. The parties agree that neither party is a prevailing party in this action and neither party will seek any attorney's fees

. . .

. . .

. . .

. . .

. . .

. . .

. . .

or costs pursuant to any rule, statute or law, whether local, state or federal.

DATED this 18th day of August, 2017.

| CLARK COUNTY SCHOOL DISTRICT<br>Office of the General Counsel | LAW OFFICES OF MICHAEL P. BALABAN |
|---|---|
| By: /s/ S. Scott Greenberg<br>S. SCOTT GREENBERG<br>Nevada Bar No. 4622<br>5100 W. Sahara Ave.<br>Las Vegas, Nevada 89146<br>Attorneys for Defendant | By:/s/ Michael Balaban<br>MICHAEL BALABAN<br>Nevada Bar No. 9370<br>10726 Del Rudini Street<br>Las Vegas, NV 89141<br>(702) 586-2964 |

**IT IS SO ORDERED:**

Date: August 18, 2017

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE